IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LUIS HENRIQUEZ, et al.,

  Plaintiffs,

    v.

FEDERAL HOME LOAN
MORTGAGE CORPORATION,

  Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-3825-TWT

<u>ORDER</u>

This is a pro se civil case arising out of a foreclosure action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for failure to state a claim. I approve and adopt the Report and Recommendation of the Magistrate Judge as the judgment of the Court. This is action is DISMISSED.

SO ORDERED, this 29 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Henriquez\R&R.wpd